**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **RAYMOND JOHNSON #327504** | **CASE NO. 5:22-CV-06257 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **TIM HOOPER** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 18), and after a de novo review of the record, including the Objection filed by Petitioner (ECF No. 22), having determined that the findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF No. 1) is DENIED and DISMISSED WITH PREJUDICE.

THUS DONE in Chambers on this 28th day of February, 2024.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**